RECEIVED
MAY - 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| FARD A.R. DICKERSON<br>DOC #602702 | CIVIL ACTION NO. 2:14-cv-2354<br>SECTION P |
| VS. | JUDGE TRIMBLE |
| STATE OF LOUISIANA, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED, in chambers, Lake Charles, Louisiana, on this 7th day of May, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE